GARY E. REBENSTORF
City Attorney
JAY C. HINKEL
Assistant City Attorney
MICHAEL L NORTH
Assistant City Attorney
City Hall - 13th Floor
455 North Main Street
Wichita, KS  67202
(316) 268-4681
FAX: (316) 268-4335

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SYLVIA TANDY, et al., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 01-1097-JTM |
| ) | |
| CITY OF WICHITA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### JOURNAL ENTRY OF DISMISSAL

The above captioned matter comes on before the Court this 2nd day of February 2007.  The plaintiffs appear by their counsel, Kirk W. Lowry.  The defendant appears by its counsel, Jay C. Hinkel.

This matter was remanded to this Court for trial, which has yet to be scheduled, and has pending a motion for attorney fees from plaintiffs.  The parties announce to the Court that they have participated in meditation and have resolved all outstanding issues in the matter, including that of attorney fees and costs.  Plaintiffs requests this matter be dismissed with prejudice. Defendant concurs in this request.

WHEREFORE, the Court finds that all pending issues in this matter have been resolved, and hereby orders that this case be dismissed with prejudice, pursuant to F.R.Civ.P. 41(a)(2).

IT IS SO ORDERED this 8th day of February, 2007.

s/ J. Thomas Marten
Honorable J. Thomas Marten, District Judge

APPROVED:

   /s/ Kirk W. Lowry
Kirk W. Lowry
Attorney for all Plaintiffs

   /s/ Jay C. Hinkel
Jay C. Hinkel
Attorney for Defendant